1 | BRIAN P. CLARK
Nevada Bar # 4236
2 | CLARK TATOM, LLC
7670 W. Lake Mead Blvd., Ste. 135
3 | Las Vegas, Nevada 89128
Telephone: (702) 474-0065
4 | Facsimile:  (702) 474-0068
bpc@clarktatom.com
5 | Attorneys for Creditor Clark Tatom, LLC

RECEIVED & FILED

Aug 31   2 10 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MICHAEL A. DEAN,

    Debtor,

BK-S-09-24588 BAM

Chapter 7

## REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST.

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number on behalf of creditor Clark Tatom, LLC.

Brian P. Clark
CLARK TATOM, LLC
7670 W. Lake Mead Blvd., Suite 135
Las Vegas, NV 89128
(702) 474-0065

DATED this 28th day of August, 2009.

_____
Brian P. Clark