**Wilshire**℠

**Wilshire Credit Corporation**

**Payments**
P.O. Box 7195; Pasadena, CA  91109-7195

**Correspondence**
P.O. Box 8517; Portland, OR  97207-8517

**Phone**
(888) 502-0100

**Fax**
(503) 952-7476

**Web Site**
www.wcc.ml.com

September 1, 2009

Clerk of the Court
US Bankruptcy Court
NEVADA - District of Nevada (Las Vegas)
300 Las Vegas Boulevard South
Las Vegas, NV  89101


Re:    Michael A. Dean
       Bankruptcy Case No. 09-24588


Dear Clerk of the Court:

Wilshire Credit Corporation is servicer of the mortgage in the above named debtor(s) bankruptcy case.  Please add the following name and address to the debtor(s)' mailing matrix:

> Wilshire Credit Corporation
> PO Box 1650
> Portland, OR  97207-1650


If you have any questions please do not hesitate to call the undersigned

Sincerely,


/s/ Ricki Clifton
Bankruptcy Specialist