**Entered on Docket
November 16, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No.  **********4760/ Our File No. 09-09-20178

Attorney for Secured Creditor
Chase Home Finance, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

MICHAEL A. DEAN,

Debtor(s)

CHAPTER 7
BANKRUPTCY NO.: 09-24588-BAM
DATE: Nov 03, 2009
TIME: 1:30PM

### ORDER TERMINATING THE AUTOMATIC STAY
### RE: DEBTOR AND BANKRUPTCY ESTATE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay re: Debtor and Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured Creditor, Chase Home Finance, LLC, its assignees and/or successors in interest, regarding the property located and generally described as 53 Kona Court, Henderson, NV 89074, ("Property" herein) and legally described as follows:

SEE LEGAL DESCRIPTION ATTACHED

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By: _/s/ Michael W. Chen_    Date: _____
Michael W. Chen, Esq.
Attorney for Secured Creditor
Chase Home Finance, LLC


By: _Emailed 11/5/09- No Response Received_    Date: _____
James F. Lisowski, Sr.
Chapter Trustee

200309 30
.07040

Escrow No. 3062022-KH

## EXHIBIT A
## LEGAL DESCRIPTION

**PARCEL ONE (1):**

Lot Thirteen (13) in Block Two (2) of the final map of PACIFIC GREENS, as shown by map thereof on file in Book 62 of Plats, Page 52, in the Office of the County Recorder of Clark County, Nevada, and by Certificates of Amendment recorded October 27, 1994 in Book 941027 as Document No. 01629, April 10, 1995 in Book 950410 as Document No. 00672 and August 14, 1995 in Book 950814 as Document No. 00053, all of Official Records.

**PARCEL TWO (2):**

A non-exclusive easement for ingress and egress in and to the Private Drive known as Timberbook Circle, Summit Pointe on file in Book 56 of Plats, Page 73, in the Office of the County Recorder of Clark County, Nevada.

**PARCEL THREE (3):**

A non-exclusive easement appurtenant to Parcel One (1) for ingress, egress and of enjoyment in and to the Association Property as set forth in the Master Declaration of Covenants, Conditions and Restrictions and Reservations of Easements for The Legacy Village Property Owners Association recorded February 7, 1990 in Book 900207 as Document No. 00603, and as further set forth in the Declaration of Covenants, Conditions and Restrictions and Declaration of Annexation for PACIFIC GREENS, recorded July 27, 1995 in Book 950727 as Document No. 01452, as the same may from time to time be amended and/or supplemented, all in the Office of the County Recorder of Clark County, Nevada.

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

    \_\_\_\_The court has waived the requirement of approval under LR 9021.

    \_\_\_\_No parties appeared or filed written objections, and there is no trustee appointed in the case.

    _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

    James F. Lisowski, Sr.– failed to respond

###

Motion to Lift Stay - Personal Property - 1