**Entered on Docket
December 10, 2009**

_/s/ Bruce A. Markell_
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO. ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
US Bank Natl. Assoc., as Trustee for Credit Suisse First Boston, MBS ARMT 2005-2
09-76076

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-24588-BAM |
| Michael A. Dean | Date: _____ <br> Time: _____ |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Relief from the Automatic Stay requested by Movant is hereby denied without prejudice.

DATED this 8th day of December, 2009.

Submitted by:
**WILDE & ASSOCIATES**

By /S/ GREGORY L. WILDE
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Robert Atkinson
10120 S. Eastern Ave
Suite 202
Henderson, NV 89052
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
James F. Lisowski, Sr.
P.O Box 95695
Las Vegas, NV 89193
Chapter 13 Trustee