

**Entered on Docket**
**April 16, 2010**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
US Bank Natl. Assoc., as Trustee for Credit Suisse First Boston, MBS ARMT 2005-2
09-76076

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-24588-BAM |
|---|---|
| Michael A. Dean | Date: 4/6/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtor | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor US Bank Natl. Assoc., as Trustee for Credit Suisse First Boston, MBS ARMT 2005-2, its assignees and/or successors in interest, of the subject property, generally described as 9916 Antelope Canyon Ave, Las Vegas, NV 89147.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

**WILDE & ASSOCIATES**

By: _____ #10235

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Robert Atkinson
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
James F. Lisowski, Sr.
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____  The court waived the requirements of LR 9021.
_____  No parties appeared or filed written objections, and there is no trustee appointed in the case.
_____  No parties appeared or filed written objections, and the trustee is the movant.
__x__  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
_____  approved the form of this order          _____  disapproved the form of this order
_____  waived the right to review the order and/or   __x__  failed to respond to the document
_____  appeared at the hearing, waived the right to review the order
_____  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____  approved the form of this order          _____  disapproved the form of this order
_____  waived the right to review the order and/or   __x__  failed to respond to the document

_____  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
_____  approved the form of this order          _____  disapproved the form of this order
_____  waived the right to review the order and/or   _____  failed to respond to the document
_____  appeared at the hearing, waived the right to review the order
_____  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____  approved the form of this order          _____  disapproved the form of this order
_____  waived the right to review the order and/or   _____  failed to respond to the document

_____  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor